**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOHN DOES #1-69 individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.                                          CASES NO. 4:19cv467-RH-MJF

RICK SWEARINGEN,
Commissioner of the Florida
Department of Law Enforcement,

      Defendant.

_____/

## **ORDER DENYING CLASS CERTIFICATION**

The plaintiffs are individuals required to register as sex offenders. They assert the requirement is unconstitutional. They have moved to certify a class, but they are proceeding anonymously, as authorized by an order of the Middle District of Florida before transfer of the case to this court. That order may be revisited on this court's own motion. In the meantime, this order denies the motion to certify a class without prejudice to renewal. With the plaintiffs' identities unknown, the defendant has not had an opportunity to address, and the record does not establish,

that the plaintiffs will adequately represent the class, as required for class certification.

IT IS ORDERED:

The class-certification motion, ECF No. 35, is denied without prejudice.

SO ORDERED on September 29, 2019.

s/Robert L. Hinkle
United States District Judge